IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-399(MTT) |
| | ) |
| OFFICER BECIDDY, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is the Plaintiff's Motion for Leave to Appeal In Forma Pauperis. (Doc. 11). The Plaintiff seeks to appeal the Court's Order (Doc. 6) dismissing his Complaint without prejudice. (Doc. 8). The Plaintiff provided the financial information requested in the form affidavit but failed to elaborate his stated issues on appeal.

Federal Rule of Appellate Procedure 24(a) sets out the requirements for an appellant in a civil case who wishes to proceed in forma pauperis. According to Rule 24(a)(1), the appellant "must attach an affidavit that…(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [his] inability to pay or give security for the fees and costs; (B) claims an entitlement to redress; and (C) states the issues that [he] intends to present on appeal." Here, the Plaintiff's Affidavit is insufficient in that it neither claims an entitlement to redress nor states the issues that are presented on appeal.

Therefore, the Plaintiff has failed to satisfy the requirements of Rule 24. Accordingly, his Motion is **DENIED**.

**SO ORDERED**, this 14th day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT